B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Sunset Industrial Applications, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brenda Hill<br>401 Lincoln Way West<br>Chambersburg, PA 17201 | Brenda Hill<br>401 Lincoln Way West<br>Chambersburg, PA 17201 | | | 46,199.66 |
| Baps Auto and Paint Supplies<br>34 Industrial Drive<br>Chambersburg, PA 17201 | Baps Auto and Paint Supplies<br>34 Industrial Drive<br>Chambersburg, PA 17201 | | | 27,548.23 |
| Rotz Stonsifer CPA<br>1134 Kennebec Drive<br>Chambersburg, PA 17201 | Rotz Stonsifer CPA<br>1134 Kennebec Drive<br>Chambersburg, PA 17201 | | | 17,935.52 |
| Akzo Novel Coatings, Inc.<br>P.O. Box 741498<br>Atlanta, GA 30374 | Akzo Novel Coatings, Inc.<br>P.O. Box 741498<br>Atlanta, GA 30374 | | | 14,101.10 |
| PPG Industrial Coatings<br>10800 S 13th Street<br>Oak Creek, WI 53154 | PPG Industrial Coatings<br>10800 S 13th Street<br>Oak Creek, WI 53154 | | | 9,558.35 |
| Strip-It-Clean<br>605 Loucks Mill Road<br>York, PA 17403 | Strip-It-Clean<br>605 Loucks Mill Road<br>York, PA 17403 | | | 9,320.50 |
| Coral Chemical Company<br>1915 Industrial Drive<br>Zion, IL 60099 | Coral Chemical Company<br>1915 Industrial Drive<br>Zion, IL 60099 | | | 9,203.63 |
| Capital Auto Refinishing<br>5236 E. Trindle Road - Rear<br>Mechanicsburg, PA 17050 | Capital Auto Refinishing<br>5236 E. Trindle Road - Rear<br>Mechanicsburg, PA 17050 | | | 9,151.31 |
| Randstand<br>P.O. Box 7247-6655<br>Philadelphia, PA 19170 | Randstand<br>P.O. Box 7247-6655<br>Philadelphia, PA 19170 | | | 6,916.93 |
| Trimite Global Coatings<br>5680 N Blackstock Road<br>Spartanburg, SC 29303 | Trimite Global Coatings<br>5680 N Blackstock Road<br>Spartanburg, SC 29303 | | | 5,774.00 |
| Shafer Equipment<br>P.O. Box 327<br>Saint Thomas, PA 17252 | Shafer Equipment<br>P.O. Box 327<br>Saint Thomas, PA 17252 | | | 5,128.00 |
| Stoey's Trucking Inc<br>3433 Edenville Road<br>Chambersburg, PA 17202 | Stoey's Trucking Inc<br>3433 Edenville Road<br>Chambersburg, PA 17202 | | | 5,113.75 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sunset Industrial Applications, Inc.  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Akzo Novel Coatings, Inc. 20 Culvert Street Nashville, TN 37210 | Akzo Novel Coatings, Inc. 20 Culvert Street Nashville, TN 37210 | | | 4,797.26 |
| Sherwin Williams 7411 Industrial Parkway Macungie, PA 18062 | Sherwin Williams 7411 Industrial Parkway Macungie, PA 18062 | | | 4,555.50 |
| Commonwealth Fire Protection P.O. Box 351 Leola, PA 17540 | Commonwealth Fire Protection P.O. Box 351 Leola, PA 17540 | | | 3,435.00 |
| McMaster Carr P.O. Box 7690 Chicago, IL 60680 | McMaster Carr P.O. Box 7690 Chicago, IL 60680 | | | 3,080.48 |
| American Express P.O. Box 1270 Newark, NJ 07101 | American Express P.O. Box 1270 Newark, NJ 07101 | | | 3,046.40 |
| Uline Shipping Supplies 950 Albrecht Drive Lake Bluff, IL 60044 | Uline Shipping Supplies 950 Albrecht Drive Lake Bluff, IL 60044 | | | 2,612.77 |
| Pitt Ohio P.O. Box 643271 Pittsburgh, PA 15264 | Pitt Ohio P.O. Box 643271 Pittsburgh, PA 15264 | | | 2,341.24 |
| CH Reed Inc 301 Poplar St Hanover, PA 17331 | CH Reed Inc 301 Poplar St Hanover, PA 17331 | | | 2,311.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 12, 2015  Signature  /s/ James B. Nicklas  
James B. Nicklas  
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.